AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---OFFENSE CHARGED---

18 U.S.C. Section 1589(a) -- Forced Labor

18 USC Section 1594(b) -- Forced Labor Conspiracy

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: (Each Count) Maximum 20 years prison, $250,000 fine, three years supervised release, $100 mandatory special assessment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DEFENDANT - U.S

▶ GIUSEPPE PENZATO, KESIA PENZATO

DISTRICT COURT NUMBER

CR 12-0089 EMC

---PROCEEDING---

Name of Complaintant Agency, or Person (& Title, if any)

ICE Special Agent Melissa Saurwein

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO. 3:11-70696

Name and Office of Person Furnishing Information on this form  MELINDA HAAG
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  OWEN P. MARTIKAN

DEFENDANT
IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
this District

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
  ☐ Federal  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:  Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

GIUSEPPE PENZATO, and
KESIA PENZATO,

CR 12 0089 EMC

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 1594(b) – Conspiracy to Obtain Forced Labor;
18 U.S.C. §§ 1589(a) and 1594(a) – Forced Labor and Attempt;
18 U.S.C. § 1592(a)(1) – Unlawful Conduct With Respect to Documents

A true bill.

_____ Foreman

Filed in open court this ___9___ day of
February, 2012.

_____ Clerk

Bail, $ _____ **NO PROCESS**

MELINDA HAAG (CSBN 132612)
United States Attorney

FILED
2012 FEB -9 P 3 53

[illegible stamp] CLERK
[illegible] DISTRICT COURT
[illegible] CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GIUSEPPE PENZATO, and <br> KESIA PENZATO, <br><br> Defendants. | CR 12 0089 <br><br> VIOLATIONS: 18 U.S.C. § 1594(b) – Conspiracy to Obtain Forced Labor; 18 U.S.C. §§ 1589(a) and 1594(a) – Forced Labor and Attempt; 18 U.S.C. § [redacted] <br><br> SAN FRANCISCO VENUE |

EMC

INDICTMENT

The Grand Jury charges:

COUNT ONE: (18 U.S.C. § 1594(b) – Conspiracy to Obtain Forced Labor)

1. Beginning at a time unknown to the grand jury, but no later than on or about August 31, 2009, and continuing until November 19, 2009, in the Northern District of California, the defendants,

GIUSEPPE PENZATO, and
KESIA PENZATO,

did knowingly conspire and agree to obtain the labor and services of another person, C.D., by

INDICTMENT

means of force, serious harm, threats of serious harm, abuse and threatened abuse of law and legal process, and by means of a scheme intended to cause C.D. to believe that C.D. would suffer serious harm if such labor and services were not performed, in violation of Title 18, United States Code, Sections 1589(a).

## MANNER AND MEANS OF THE CONSPIRACY

2. In or about June 2009, the defendants entered into a labor contract with C.D. in order to induce C.D. to travel from Brazil to the United States to work for the defendants as a domestic servant.

3. Once C.D. was in the United States, the defendants forced C.D. to work longer hours than those agreed upon in the labor contract and withheld C.D.'s agreed-upon salary. The defendants also used physical force to compel C.D. to sign a second labor contract with a reduced salary.

4. The defendants forced C.D. to continue to work long hours for them without receiving a salary by threatening to cause C.D. to be deported and by claiming that C.D. owed the defendants fictitious debts.

5. The defendants attempted to restrain C.D. from fleeing their employ by maintaining custody of C.D.'s passport and by not allowing C.D. to have a key to their home, where C.D. lived.

All in violation of Title 18, United States Code, Section 1594(b).

COUNT TWO: (18 U.S.C. §§ 1589(a) and 1594(a) – Forced Labor and Attempt)

6. The allegations set forth in Paragraphs 2-5 above are re-alleged and incorporated herein by reference.

7. Beginning at a time unknown to the grand jury, but no later than on or about August 31, 2009, and continuing until November 19, 2009, in the Northern District of California, the defendants,

GIUSEPPE PENZATO, and
KESIA PENZATO,

INDICTMENT   2

did knowingly obtain the labor and services of another person, C.D., by means of force, abuse and threatened abuse of law and legal process, and by means of a scheme intended to cause C.D. to believe that C.D. would suffer serious harm if such labor and services were not performed, and did attempt to do the same, in violation of Title 18, United States Code, Sections 1589(a) and 1594(a).

DATED:

Feb. 9, 2012

A TRUE BILL.

FOREPERSON

MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

(Approved as to form:                    )
ALISA MARTIRAN

INDICTMENT                                    3