GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone:  (415) 551-1500
Facsimile:   (415) 551-1502

Attorney for Defendant
KESIA PENZATO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  CR 12-089 EMC (EDL) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |
| vs. | |
| KESIA PENZATO, | |
| Defendant. | |
| _____/ | |

Upon being advised that Pretrial Services has no objection, the parties hereby stipulate that Kesia Penzato's conditions of release shall be modified in the following manner:

1. Defendant Kesia Penzato shall be allowed to travel to Las Vegas, Nevada from July 21, 2012 returning on August 8, 2012 for a vacation with her family.

2. Defendant shall provide Pretrial Services with her travel itinerary including the address where she will be staying prior to her departure.

3. In order to facilitate travel by air consistent with TSA regulations, the Clerk of Court shall temporarily return the passports of Defendants' two minor children, Lorenzo and Valentina Penzato, to be provided to either Kesia Penzato or counsel to travel to

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE                              1

Las Vegas, Nevada and return to San Francisco only. Defendant shall return the passports of her minor children to the custody of the Clerk of Court immediately upon his return to San Francisco (subject to the Clerk's business hours.).

4. All other conditions shall remain the same.

Dated: July 5, 2012                                     Dated: July 5, 2012

/s/                                                                 /s/

_____                 _____
GAIL SHIFMAN                                         OWEN MARTIKAN
Attorney for Defendant                              Assistant United States Attorney

### [PROPOSED] ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant Kesia Penzato shall be allowed to travel to Las Vegas, Nevada from July 21, 2012 returning on August 8, 2012 for a vacation with her family.
2. Defendant shall provide Pretrial Services with her travel itinerary including the address where she will be staying prior to her departure.
3. In order to facilitate travel by air consistent with TSA regulations, the Clerk of Court shall temporarily return the passports of Defendants' two minor children, Lorenzo and Valentina Penzato, to be provided to either Kesia Penzato or counsel to travel to Las Vegas, Nevada and return to San Francisco only. Defendant shall return the passports of her minor children to the custody of the Clerk of Court immediately upon his return to San Francisco (subject to the Clerk's business hours.).
4. All other conditions shall remain the same.

Dated: July __11__, 2012

_Elijah D. Laporte_
UNITED STATES MAGISTRATE JUDGE

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE                                              2